UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ELDRIDGE TRICE,

        Plaintiff,                Case No. 1:16-cv-790

v.                              Honorable Paul L. Maloney

UNKNOWN PART(Y)(IES) et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:  September 15, 2016        /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge